**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO: 3:19-CR-00210-MOC-DSC**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>vs. )<br>)<br>**CLARENCE ANTWAINE ADAMS,** )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the Government's Consent Motion to Dismiss the Bill of Indictment in the above-captioned case without prejudice (#18). The Government moves for dismissal because Defendant pleaded guilty to a Bill of Information in a related case, No. 3:19-CR-363-MOC. Defendant does not object to dismissal. Having considered the motion, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss (#18) is **GRANTED**, and the Bill of Indictment in the above-captioned case (#7) is hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: December 20, 2019

Max O. Cogburn Jr.
United States District Judge